# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Bonnie Coleman, et al.

**v.**

Donald Trump, et al.

**Case No:** 26-7049

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Conrad Smith | Michael Fortune |
| Danny McElroy | Jason DeRoche |
| Governor Latson | Reginald Cleveland |
| Melissa Marshall | |

### Counsel Information

Lead Counsel: Edward G. Caspar

Direct Phone: ( 202 ) 662-8390  Fax: (____) _____ -  Email: ecaspar@lawyerscommittee.org

2nd Counsel:  Marc P. Epstein

Direct Phone: ( 202 ) 662-8318  Fax: (____) _____ -  Email: mepstein@lawyerscommittee.org

3rd Counsel:

Direct Phone: (____) _____ Fax: (____) _____ -  Email:

Firm Name:  Lawyers' Committee for Civil Rights Under Law

Firm Address: 1500 K Street NW, Suite 900, Washington, D.C.  20005

Firm Phone: ( 202 ) 662-8600  Fax: (____) _____ -  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)