# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-7049**

**September Term, 2025**

**1:21-cv-00400-APM**

**Filed On: April 23, 2026** [2169987]

Barbara J. Lee, et al.,

      Appellees

     v.

Donald J. Trump, solely in his personal capacity,

      Appellant

Proud Boys International, L.L.C., et al.,

      Appellees

----------------------------

Consolidated with 26-7052

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Appellant(s) in case No(s). 26-7052 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 26, 2026 |
| Statement of Issues to be Raised | May 26, 2026 |

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Laura M. Morgan
          Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form