Nos. 26-7049, 26-7052

# In the United States Court of Appeals
## for the District of Columbia Circuit

———————————

BARBARA J. LEE, et al.,
*Plaintiffs-Appellees*

v.

DONALD J. TRUMP, et al.,
*Defendants-Appellants*

### On Appeal from the United States District Court
### for the District of Columbia, 1:21-cv-00400-APM

*Consolidated Member Cases: 21-cv-00586 (APM); 21-cv-00858 (APM); 21-cv-02265 (APM); 22-cv-00010 (APM); 22-cv-00011 (APM); 22-cv-00034 (APM); 23-cv-00038 (APM)*

———————————

### PRESIDENT DONALD J. TRUMP'S STATEMENT OF ISSUES TO BE RAISED

———————————

Joshua Halpern, Esq.
JH LEGAL PLLC
1100 H Street, NW, Suite 840
Washington, D.C. 20005
(610) 405-5531

Caryn G. Schechtman
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
(212) 335-4500

Jonathan M. Shaw
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
(703) 574-1206

Jesse R. Binnall
Gerald A. Urbanek, Jr.
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
(703) 888-1943

*Counsel for Defendant-Appellant President Donald J. Trump*

Pursuant to this Court's order of April 17, 2026, Defendant-Appellant President Donald J. Trump hereby submits the following Statement of Issues:

## ISSUES TO BE RAISED

Whether the conduct alleged in these lawsuits could be reasonably understood as an exercise of the President's authority pursuant to Article II Section 3 of the United States Constitution or, at minimum, an exercise of the President's outer perimeter powers; and whether President Trump is absolutely immune, under Article II of the United States Constitution and for related reasons, from the claims made in these lawsuits.

Additionally, the closely related issue of substitution of the United States for President Trump pursuant to the Westfall Act will be raised by the United States in Case No. 26-7052, which is consolidated with the present case.

The issues presented may involve some limited overlap with President Trump's claims of immunity pursuant to the First Amendment which were also argued in the underlying cases, or the non-viability of the claims against him because of the First Amendment's protections. *See*, *e.g.*, *Trump v. United States*, 603 U.S. 593, 628–29 (2024); *Trump v. Hawaii,* 585 U.S. 667, 701 (2018). However, the First Amendment issues raised by the underlying cases are primarily addressed by President Trump's Petition for Review pending before this court in *In Re: Donald Trump*, Case No. 26-8003.

1

Dated: May 18, 2026

Respectfully submitted,

Joshua Halpern
(Member application pending)
**JH Legal PLLC**
1100 H Street, NW, Suite 840
Washington, D.C. 20005
Telephone: (610) 405-5531
jhalpern@jhlegalpllc.com

Caryn G. Schechtman
(Member application pending)
M. David Josefovits
(Member application pending)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Fax: (212) 335-4501
caryn.schechtman@us.dlapiper.com
david.josefovits@us.dlapiper.com

Aaron C. Ward
Circuit Bar No. 67170
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4000
Fax: (202) 799-5000
aaron.ward@us.dlapiper.com

/s/ Jonathan M. Shaw
Jonathan M. Shaw
Circuit Bar No. 56548
**Dhillon Law Group, Inc.**
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
Telephone: (703) 574-1206
Fax: (415) 520-6593
jshaw@dhillonlaw.com

Jesse R. Binnall
Circuit Bar No. 62429
Gerald A. Urbanek, Jr.
(Member application pending)
**Binnall Law Group PLLC**
717 King Street, Suite 200
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
gerald@binnall.com

*Counsel for Defendant-Appellant
President Donald J. Trump*

3

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, a copy of the foregoing document was filed with the Clerk of the Court and that all counsel of record will be served copies by registered email.

/s/ *Jonathan M. Shaw*
Jonathan M. Shaw

*Counsel for Defendant-Appellant*
*President Donald J. Trump*

4