# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-7052, 26-7049 (lead)          2. DATE DOCKETED: 04/23/2026

3. CASE NAME (lead parties only) Barbara Lee et al.     v.  Donald Trump et al.

4. TYPE OF CASE:     ☒ District Ct -  ○ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court     ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?     ○ Yes  ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 1:21-cv-00400-APM     Bankruptcy _____          Tax _____
      Criminal _____           Adversary _____
      Miscellaneous _____      Ancillary _____
   b. Review is sought of:
      ☐ Final Order     ☒ Interlocutory Order appealable as of right     ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Ahmit P. Mehta          Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 03/31/2026     e. Date notice of appeal filed: 04/21/2026
   f. Has any other notice of appeal been filed in this case?     ⦿ Yes  ○ No     If YES, date filed: 04/10/2026
   g. Are any motions currently pending in trial court?  ⦿ Yes  ○ No     If YES, date filed: 04/29/26, 04/30/26, 05/01/26
      If YES, identify motion Defendants' Joint Motion to Stay; Plaintiffs' Motion for Reconsideration; United States' Motion to Stay
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?     ⦿ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ⦿ Yes  Appeal # 22-5069, 22-7030, 22-7031  ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes  ○ No If YES, give each case's court and case name, and docket number:
      See case caption of Appellant's Statement of Issues; Case No. 26:8003 *In Re: Donald Trump* (D.C. Cir.)
   k. Does this case turn on validity or correct interpretation or application of a statute?     ⦿ Yes  ○ No
      If YES, give popular name and citation of statute The Westfall Act (28 U.S.C. § 2679)

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No     If so, provide program name and participation dates

Signature *Jonathan Shaw*          Date 5/26/2026
Name of Party President Donald J. Trump
Name of Counsel for Appellant/Petitioner Jonathan M. Shaw
Address       Dhillon Law Group, Inc., 2121 Eisenhower Ave., Suite 608, Alexandria, VA, 22314
Phone ( 415 )   433-1700     Fax ( 415 )   520-6593

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I certify that on May 26, 2026, a copy of the foregoing document was filed with the Clerk of the Court and that all counsel of record will be served copies by registered email.

*/s/ Jonathan M. Shaw*
Jonathan M. Shaw

*Counsel for Defendant-Appellant*
*President Donald J. Trump*