# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-7049**                                         **September Term, 2025**

**1:21-cv-00400-APM**

**Filed On: June 9, 2026** [2177824]

Barbara J. Lee, et al.,

      Appellees

   v.

Donald J. Trump, solely in his personal
capacity,

      Appellant

Proud Boys International, L.L.C., et al.,

      Appellees

-----------------------------

Consolidated with 26-7052, 26-7123

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Laura M. Morgan
Deputy Clerk