# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-7049**                    **September Term, 2025**

**1:21-cv-00400-APM**

**Filed On:** June 18, 2026

Barbara J. Lee, et al.,

      Appellees

    v.

Donald J. Trump, solely in his personal capacity,

      Appellant

Proud Boys International, L.L.C., et al.,

      Appellees

-----------------------------

Consolidated with 26-7052, 26-7123

     **BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

### O R D E R

    Upon consideration of the emergency motion for a stay pending appeal and an immediate administrative stay, it is

    **ORDERED** that appellees file a response to the emergency motion for a stay pending appeal by June 26, 2026.  Any reply is due July 6, 2026.

### Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

        BY:    /s/
               Selena R. Gancasz
               Deputy Clerk