**JH Legal PLLC**
1100 H Street NW
Suite 840
Washington, D.C. 20005

Joshua Halpern
JHalpern@JHLegalPLLC.com
T: (610) 405-5531

November 17, 2026

<u>*By CM/ECF*</u>

Mr. Clifton B. Cislak
Clerk of the Court
United States Court of Appeals
for the D.C. Circuit
333 Constitution Ave. NW
Washington, D.C. 20001

**Re: *Lee v. Trump*, Nos. 26-7049, 26-7052, 26-7123, 26-7154, 26-8003**

Dear Mr. Cislak:

I, Joshua Halpern, represent the Appellant/Cross-Appellee, President Donald J. Trump, in the above-referenced action. In its August 7, 2026 order setting the briefing schedule in the above-referenced case, the Court directed the Clerk to set this matter for oral argument "on the first appropriate date in January 2027." I intend to present oral argument on behalf of President Trump. I am scheduled to argue a case before the Third Circuit during the week of January 11–15, 2027 (with argument currently set for the 11th, but subject to rescheduling within that week). Furthermore, my co-counsel, Caryn G. Schechtman of DLA Piper LLP (US), will be overseas for a portion of that week. I therefore respectfully request that the Court schedule argument in this matter for a date outside that week. Thank you for your consideration.

Respectfully submitted,

*/s/ Joshua Halpern*

Joshua Halpern

cc: All Counsel of Record (via CM/ECF)

## CERTIFICATE OF SERVICE

I certify that on November 17, 2026, a copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will automatically generate and serve Notices of Electronic Filing on all registered counsel.

/s/ *Joshua Halpern*
Joshua Halpern

*Counsel for Defendant-Appellant*
*President Donald J. Trump*